IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Abdel Muhdi,<br><br>Plaintiff(s),<br><br>v.<br><br>Jaddou et al,<br><br>Defendant(s). | Case No. 23-cv-239<br>Judge Sara L. Ellis |

## ORDER

The Court grants Defendants' motion to remand [6] and remands this case to United States Citizenship and Immigration Services (USCIS) so that USCIS may render an adjudicative action on the application within the next 30 days. Case terminated.

Date: 3/7/2023  /s/ Sara L. Ellis